105 A.3d 661

**Carlos TONEZ, Petitioner**

v.

**COMMONWEALTH of Pennsylvania/COURT OF COMMON PLEAS, Respondent.**

**No. 162 EM 2014.**

Supreme Court of Pennsylvania.

Dec. 11, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**